PEOPLE *v.* McINTYRE

Appeal from Recorder's Court of Detroit, Samuel H. Olson, J. Submitted Division 1 April 7, 1970, at Detroit. (Docket No. 7,893.) Decided June 2, 1970.

Virlie E. McIntyre was convicted on his plea of guilty of murder in the second degree. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Martin D. Grant,* for defendant on appeal.

Before: J. H. GILLIS, P. J., and LEVIN and V. J. BRENNAN, JJ.

PER CURIAM. Defendant Virlie E. McIntyre pleaded guilty to the crime of murder in the second degree contrary to MCLA § 750.317 (Stat Ann 1954 Rev § 28.549). On appeal, defendant contends that she did not understandingly enter a guilty plea because, *inter alia,* she was not informed of the elements of first-degree murder. The appellee has filed a motion to affirm the conviction, GCR 1963, 817.5(3).

A review of the plea transcript reveals that the trial judge fully complied with the requirements of GCR 1963, 785.3 and MCLA § 768.35 (Stat Ann 1954 Rev § 28.1058). *People* v. *Carl* (1968), 11 Mich App 226. The question presented here on appeal is unsubstantial and requires no argument or formal submission.

The motion to affirm the defendant's conviction is granted.